COLEMAN, ADMR., APPELLEE, *v.* DOGRA ET AL., APPELLANTS.

[Cite as *Coleman v. Dogra,* **108 Ohio St.3d 529, 2006-Ohio-1707.**]

(No. 2004–1239—Submitted April 13, 2005—Decided April 19, 2006.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Schirmer v. Mt. Auburn Obstetrics & Gynecologic Assoc., Inc.,* 108 Ohio St.3d 494, 2006-Ohio-942, 844 N.E.2d 1160.

MOYER, C.J., RESNICK, PFEIFER and O'CONNOR, JJ., concur.

LUNDBERG STRATTON, O'DONNELL and LANZINGER, JJ., dissent.

———————

**O'DONNELL, J., dissenting.**

{¶ 2} Because the creation of a medical-malpractice action for wrongful birth following negligent genetic testing or failure to diagnose a fetal defect does not fit into traditional tort analysis and involves matters of public policy better left to the General Assembly, as I explained in my dissenting opinion in *Schirmer v. Mt. Auburn Obstetrics & Gynecologic Assoc., Inc.,* 108 Ohio St.3d 494, 2006-Ohio-942, 844 N.E.2d 1160, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing opinion.

LANZINGER, J., dissenting.

{¶ 3} For the reasons set forth in my dissenting opinion in *Schirmer v. Mt. Auburn Obstetrics & Gynecologic Assoc., Inc.*, 108 Ohio St.3d 494, 2006-Ohio-942, 844 N.E.2d 1160, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing opinion.

---

Garson & Associates Co., L.P.A., Christian R. Patno, and James A. DeRoche, for appellee.

Reminger & Reminger Co., L.P.A., William A. Meadows, Brian D. Sullivan, and Jennifer Rinkes, for appellant Vikram Dogra, M.D.

Davis & Young, Jan L. Roller, and Richard M. Garner, for appellants University Hospitals, Cleveland Women's Health Center, Debra Hanson, C.N.M., Sharon Kerwin, C.N.M., and Ann Raffis, C.N.P.